UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL R. RICHARDS,

       Plaintiff,

v.                               Case No:  2:15-cv-140-FtM-29CM

BIMBO FOODS BAKERIES
DISTRIBUTION, INC. and BIMBO
FOODS BAKERIES
DISTRIBUTION, LLC,

       Defendants.

---

**ORDER**

Before the Court is Plaintiff's Amended Unopposed Motion for an Enlargement of Time to File Expert Reports and for Discovery and Mediation (Doc. 37), filed on September 14, 2015.[1]  Plaintiff requests, and Defendants do not oppose, forty-five (45) day extensions of both Plaintiff's and Defendants' expert disclosure deadlines, a forty-five (45) day extension of the discovery deadline[2] and a thirty (30) day extension of the deadline by which the parties are required to complete mediation. Plaintiff requests the extensions because Plaintiff's expert requires information

---

[1] In light of the filing of the amended motion, Plaintiff's Unopposed Motion for an Enlargement of Time to File Expert Reports and for Discovery and Mediation (Doc. 36), filed on September 14, 2015, will be denied as moot.

[2] The amended motion states: "Both parties request that the discovery deadline be enlarged by fourty-five [sic] days and enlarge the time for mediation by thirty days."  Doc. 37 at 1 ¶ 9.  The amended motion then requests that the Court "enlarge the time for the discovery deadline and mediation deadline by thirty days."  *Id.* at 2.  Although the amended motion therefore appears inconsistent, the Court reads the request for the extension as forty-five (45) days for discovery and thirty (30) for mediation, rather than a thirty day extension for each deadline.

related to Plaintiff's discovery requests to complete her report, and further because the parties are attempting to resolve certain discovery disputes.

The Court may extend any deadline for "good cause." Fed. R. Civ. P. 6(b)(1). Upon review of the Case Management and Scheduling Order, it appears that the requested extensions will not require the removal of the trial to a later term, and upon review of the amended unopposed motion the Court finds good cause and will grant the requested extensions. An amended case management and scheduling order memorializing the new deadlines[3] will be entered under separate cover.

ACCORDINGLY, it is hereby

**ORDERED:**

1.     Plaintiff's Amended Unopposed Motion for an Enlargement of Time to File Expert Reports and for Discovery and Mediation (Doc. 37) is **GRANTED**. An amended case management and scheduling order will be entered under separate cover.

2.     Plaintiff's Unopposed Motion for an Enlargement of Time to File Expert Reports and for Discovery and Mediation (Doc. 36) is **DENIED as moot**.

---

[3] The operative Case Management and Scheduling Order inadvertently failed to include a deadline for filing dispositive motions. *See* Doc. 21. The parties proposed a deadline of December 14, 2015 in their Case Management Report, but given the extensions granted by this Order that date is rendered impractical. Doc. 18 at 1. Accordingly, the Court also will set a dispositive motions deadline in conformity with the time ordinarily required for filing such motions prior to trial. *See* Doc. 5 at 4; Doc. 18 at 1 (noting that the "Court requires 4 months or more before trial term begins" for filing dispositive motions).

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record